■ CHASE MANHATTAN BANK, as Trustee of Security National Mortgage Loan Trust 2001-2, Respondent, v JAMES I. WYNN, SR., Also Known as JAMES WYNN, SR., Appellant. (Appeal No. 1.) [847 NYS2d 894]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered December 30, 2005 in a foreclosure action. The order denied defendant's motion to correct the payoff figures necessary to settle the foreclosure action.

■ CHASE MANHATTAN BANK, as Trustee of Security National Mortgage Loan Trust 2001-2, Respondent, v JAMES I. WYNN, SR., Also Known as JAMES WYNN, SR., Appellant. (Appeal No. 3.) [847 NYS2d 894]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered April 21, 2006 in a foreclosure action. The order, insofar as appealed from, denied

defendant's motions for leave to renew and to settle the record on appeal.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Centra, Peradotto and Green, JJ.